DOC # 4    CLOSED

# U.S. District Court
# District of Maryland (Baltimore)
# CIVIL DOCKET FOR CASE #: 1:04-cv-03345-MJG
## Internal Use Only

*U.S. DISTRICT COURT FILED JUN 2 9 2005 S.D. OF N.Y.*

Koch et al v. Hicks et al
Assigned to: Judge Marvin J. Garbis
Demand: $1200000000
Related Case: 1:05-cv-00108-MJG
Cause: 28:1442 Notice of Removal

Date Filed: 10/15/2004
Jury Demand: Plaintiff
Nature of Suit: 893 Environmental Matters
Jurisdiction: Federal Question

**Plaintiff**

**Hope Koch**     represented by **Marshall N Perkins**
Charles J Piven PA
The World Trade Center
401 E Pratt St Ste 2525
Baltimore, MD 21202
14103320030
Fax: 14106851300
Email: perkins@pivenlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Koch**     represented by **Marshall N Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles J Piven**
Charles J Piven PA
The World Trade Center
401 E Pratt St Ste 2525
Baltimore, MD 21202
14103320030
Fax: 14106851300
Email: piven@pivenlaw.com
*ATTORNEY TO BE NOTICED*

**Lon C Engel**
Engel and Engel PA
11 E Lexington St Ste 200
Baltimore, MD 21202
14107275095
Fax: 14107271830
Email: lengel@engellaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**John R. Hicks**
*doing business as*
Crossroads Exxon

represented by **Paul W Ishak**
Law Office of Paul Ishak
30 Office St
Bel Air, MD 21014
14108792222
Fax: 14108790688
Email: pishak@starkandkeenan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Exxonmobil Oil Corporation**
*doing business as*
; Exxon Corporation

represented by **Andrew Gendron**
Venable Baetjer and Howard LLP
Two Hopkins Plz Ste 1800
Baltimore, MD 21201
14102447400
Fax: 14102447742
Email: agendron@venable.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael E Leaf**
Hodes Ulman Pessin and Katz PA
112 S Main St Ste 102
Bel Air, MD 21014
14108932333
Fax: 14108930795
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Mae Euteneuer**
Hodes Ulman Pessin and Katz PA
901 Dulaney Valley Rd Ste 400
Towson, MD 21204
14109388800
Fax: 4108252493
Email: seuteneuer@hupk.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/15/2004 | 1 | NOTICE OF REMOVAL by Exxonmobil Oil Corporation from Circuit Court for Harford Co., case number 12-C-04-1834. (Filing fee $ 150 receipt number 1207838), filed by Exxonmobil Oil Corporation. |

|  |  |  |
|---|---|---|
|  |  | (Attachments: # 1 Civil Cover Sheet # 2 Consent to Removal by Defendant John R. Hicks)(raf, Deputy Clerk). (Entered: 10/19/2004) |
| 10/15/2004 | 🌑 2 | COMPLAINT against Exxonmobil Oil Corporation, John R. Hicks, filed by Frank Koch, Hope Koch.(raf, Deputy Clerk) (Entered: 10/19/2004) |
| 10/15/2004 | 🌑 | JURY TRIAL DEMAND by Frank Koch, Hope Koch. (raf, Deputy Clerk) (Entered: 10/19/2004) |
| 10/15/2004 | 🌑 3 | Summons Issued (30 days) as to Exxonmobil Oil Corporation. (raf, Deputy Clerk) (Entered: 10/19/2004) |
| 10/15/2004 | 🌑 4 | SUMMONS Returned Executed by Frank Koch, Hope Koch. Exxonmobil Oil Corporation served on 7/1/04. (raf, Deputy Clerk) (Entered: 10/19/2004) |
| 10/15/2004 | 🌑 5 | MOTION for Class Certification; and Request for Hearing by Frank Koch, Hope Koch. (Attachments: # 1 Memorandum in Support)(raf, Deputy Clerk) (Entered: 10/19/2004) |
| 10/15/2004 | 🌑 6 | MOTION to Dismiss by Exxonmobil Oil Corporation. (Attachments: # 1 Memorandum in Support)(raf, Deputy Clerk) (Entered: 10/19/2004) |
| 10/15/2004 |  | ***Attorney Michael E Leaf for Exxonmobile Oil Corporation, Susan Mae Euteneuer for Exxonmobile Oil Corporation added. (raf, Deputy Clerk) (Entered: 10/19/2004) |
| 10/15/2004 | 🌑 7 | Correspondence from Counsel to Judge Emory Plitt. (raf, Deputy Clerk) (Entered: 10/19/2004) |
| 10/15/2004 | 🌑 8 | MEMORANDUM to Counsel. Signed by Judge Emory Plitt, Jr. on 9/22/04. (raf, Deputy Clerk) (Entered: 10/19/2004) |
| 10/15/2004 | 🌑 9 | ORDER OF CONSOLIDATION. Signed by Judge Emory A. Plitt, Jr. on 9/23/04. (raf, Deputy Clerk) (Entered: 10/19/2004) |
| 10/15/2004 | 🌑 10 | Correspondence from Counsel to Judge William O. Carr. (raf, Deputy Clerk) (Entered: 10/19/2004) |
| 10/15/2004 | 🌑 11 | Correspondence from Counsel to Judge Emory A. Plitt, Jr. (raf, Deputy Clerk) (Entered: 10/19/2004) |
| 10/15/2004 | 🌑 12 | Correspondence from Counsel to Judge Emory A. Plitt, Jr. (raf, Deputy Clerk) (Entered: 10/19/2004) |
| 10/15/2004 | 🌑 13 | Correspondence from Counsel to Judge Emory A. Plitt, Jr. (raf, Deputy Clerk) (Entered: 10/19/2004) |
| 10/15/2004 | 🌑 14 | MEMORANDUM to Counsel. Signed by Judge Emory A. Plitt, Jr. on 9/28/04. (raf, Deputy Clerk) Additional attachment(s) added on 10/20/2004 (raf, Deputy Clerk). (Entered: 10/19/2004) |
| 10/15/2004 | 🌑 15 | MEMORANDUM to Counsel. Signed by Judge Emory A. Plitt, Jr. on 9/28/04. (raf, Deputy Clerk) (Entered: 10/19/2004) |

| | | |
|---|---|---|
| 10/15/2004 | 16 | PLAINTIFFS' RESPONSE in Opposition to Hicks Motion to Dismiss/Motion for Summary Judgment; Motion to Strike the Hicks' Summary Judgment Motion; and Request for Hearing filed by Frank Koch, Hope Koch. (raf, Deputy Clerk) (Entered: 10/20/2004) |
| 10/15/2004 | 17 | PLAINTIFFS' RESPONSE in Opposition to Defendant Exxonmobil Corporation's Motion to Dismiss; and Request for Hearing filed by Frank Koch, Hope Koch. (Attachments: # 1 Exhibit A# 2 Exhibit B)(raf, Deputy Clerk) (Entered: 10/20/2004) |
| 10/15/2004 | 18 | Plaintiffs' NOTICE of Voluntary Dismissal, without Prejudice, of Count 4 of Class Action Complaint by Frank Koch, Hope Koch (raf, Deputy Clerk) (Entered: 10/20/2004) |
| 10/15/2004 | 19 | Notice of filing of state court discovery material by Frank Koch, Hope Koch (raf, Deputy Clerk) (Entered: 10/20/2004) |
| 10/15/2004 | 20 | NOTICE OF FILING NOTICE OF REMOVAL by Frank Koch, Hope Koch (raf, Deputy Clerk) (Entered: 10/20/2004) |
| 10/15/2004 | | THE ABOVE PLEADINGS 2 THROUGH 20 ARE COPIES FILED IN THE CIRCUIT COURT FOR HARFORD COUNTY. (raf, Deputy Clerk) (Entered: 10/20/2004) |
| 10/20/2004 | 21 | STANDING ORDER re: REMOVAL. Signed by Judge Marvin J. Garbis on 10/20/04. (raf, Deputy Clerk) (Entered: 10/20/2004) |
| 10/21/2004 | 22 | MOTION to Remand by Frank Koch, Hope Koch. Responses due by 11/8/2004 (Attachments: # 1 Memorandum Of Law)(Perkins, Marshall) (Entered: 10/21/2004) |
| 10/22/2004 | 23 | MOTION to Vacate *Assignment of Multiple Case Numbers* by Exxonmobil Oil Corporation. Responses due by 11/8/2004 (Attachments: # 1 Memorandum in Support)(Gendron, Andrew) (Entered: 10/22/2004) |
| 10/22/2004 | 24 | MOTION to Dismiss by Exxonmobil Oil Corporation. Responses due by 11/8/2004 (Attachments: # 1 Memorandum in Support)(Gendron, Andrew) (Entered: 10/22/2004) |
| 10/22/2004 | 25 | Correspondence re: Line to Record - Hicks' Motion to Dismiss/Motion for Summary Judgment (Ishak, Paul) (Entered: 10/22/2004) |
| 10/22/2004 | 26 | Correspondence re: Line to Record - Hicks' Response to the Motion for Class Certification (Ishak, Paul) (Entered: 10/22/2004) |
| 10/22/2004 | 27 | Correspondence re: Line to Record - Letter of September 17, 2004 from Paul W. Ishak, Esquire to the Honorable William O. Carr (Ishak, Paul) (Entered: 10/22/2004) |
| 10/25/2004 | 28 | Local Rule 103.3 Disclosure (Koch Plaintiffs). (Perkins, Marshall) (Entered: 10/25/2004) |
| 10/25/2004 | 29 | Second MOTION to Remand by Frank Koch, Hope Koch. Responses due by 11/12/2004 (Perkins, Marshall) (Entered: 10/25/2004) |

| | | |
|---|---|---|
| 10/25/2004 | 30 | Memorandum re 29 Second MOTION to Remand filed by Frank Koch, Hope Koch. (Perkins, Marshall) (Entered: 10/25/2004) |
| 10/26/2004 | 31 | Local Rule 103.3 Statement of Interest. (Attachments: # 1)(Gendron, Andrew) (Entered: 10/26/2004) |
| 10/26/2004 | 32 | Local Rule 103.3 Disclosure. (Ishak, Paul) (Entered: 10/26/2004) |
| 11/01/2004 | 33 | RESPONSE re 21 Order *Concerning Removal* filed by Exxonmobil Oil Corporation, John R. Hicks. (Gendron, Andrew) (Entered: 11/01/2004) |
| 11/01/2004 | 34 | NOTICE by Frank Koch, Hope Koch *(Remand statement, Court's 10/20/04 standing order)* (Perkins, Marshall) (Entered: 11/01/2004) |
| 11/08/2004 | 35 | Memorandum re 29 Second MOTION to Remand, 22 MOTION to Remand *Opposition to Plaintiffs' Motions to Remand* filed by Exxonmobil Oil Corporation. (Attachments: # 1 Exhibit)(Gendron, Andrew) (Entered: 11/08/2004) |
| 11/08/2004 | 36 | Request for Hearing re 35 Memorandum, 29 Second MOTION to Remand, 22 MOTION to Remand. (Gendron, Andrew) (Entered: 11/08/2004) |
| 11/08/2004 | 37 | RESPONSE in Opposition *to ExxonMobil's Case No. Motion,* filed by Frank Koch, Hope Koch. Replies due by 11/22/2004. (Perkins, Marshall) (Entered: 11/08/2004) |
| 11/12/2004 | 38 | RESPONSE in Opposition *to Kochs' Motion for Remand; Request for Hearing* filed by John R. Hicks. Replies due by 11/26/2004. (Ishak, Paul) (Entered: 11/12/2004) |
| 11/15/2004 | 39 | CERTIFICATE of Counsel *Filing of State Court Papers* by Andrew Gendron on behalf of Exxonmobil Oil Corporation (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8)(Gendron, Andrew) (Entered: 11/15/2004) |
| 11/16/2004 | 40 | Summons Issued as to John R. Hicks. (jnl, Deputy Clerk) (Entered: 11/16/2004) |
| 11/16/2004 | 41 | Preliminary response to class certification and request for scheduling conference by Exxonmobil Oil (jnl, Deputy Clerk) (Entered: 11/16/2004) |
| 11/16/2004 | | Pleadings 40 and 41 are copies of papers filed in the Circuit Court for Harford County (jnl, Deputy Clerk) (Entered: 11/16/2004) |
| 11/16/2004 | 42 | CERTIFICATE of Counsel *Amendment to Certification of Filing of State Court Papers* by Andrew Gendron on behalf of Exxonmobil Oil Corporation (Attachments: # 1 Exhibit Exhibit 9)(Gendron, Andrew) (Entered: 11/16/2004) |
| 11/19/2004 | 43 | REPLY to Response to Motion re 29 Second MOTION to Remand, 22 MOTION to Remand *[Plaintiffs' reply, both remand motions]* filed by Frank Koch, Hope Koch. (Perkins, Marshall) (Entered: 11/19/2004) |
| 11/22/2004 | 44 | RESPONSE re 37 Response in Opposition to Motion *Reply in Support of Motion to Vacate Assignment of Multiple Case Numbers* filed by |

District of Maryland (CM/ECF v2.0.5 - Live 02.5.Repor) Case 1:05-cv-00745-SAS  Document 4  Filed 06/29/05  Page 6 of 7  https://ecf.mdd.uscourts.gov/cgi-bin/DktRpt.pl?641058959272731-L_280_0-1

| | | | |
|---|---|---|---|
| | | | Exxonmobil Oil Corporation. (Gendron, Andrew) (Entered: 11/22/2004) |
| 12/01/2004 | | 45 | MOTION for Leave to File *Surreply to Plaintiffs' Motions to Remand* by Exxonmobil Oil Corporation. Responses due by 12/20/2004 (Attachments: # 1 Exhibit)(Gendron, Andrew) (Entered: 12/01/2004) |
| 12/07/2004 | | 46 | MARGINAL ORDER granting 45 Motion of Exxon Mobil for Leave to File surreply to plaintiffs' motion to remand. Signed by Judge Marvin J. Garbis on 12/06/04. (jnl, Deputy Clerk) (Entered: 12/07/2004) |
| 12/07/2004 | | 47 | Surreply re 29 Second MOTION of plaintiffs to Remand filed by Exxonmobil Oil Corporation. (jnl, Deputy Clerk) (Entered: 12/07/2004) |
| 01/05/2005 | | 48 | NOTICE by Exxonmobil Oil Corporation *of Filing Notice of Related, Tag-Along Action with Judicial Panel for Multidistrict Litigation* (Attachments: # 1 Attachment# 2 Attachment# 3 Attachment)(Gendron, Andrew) (Entered: 01/05/2005) |
| 01/10/2005 | | 49 | MOTION to Stay *Proceedings Pending Action by Judicial Panel on Multidistrict Litigation* by Exxonmobil Oil Corporation. Responses due by 1/27/2005 (Attachments: # 1 Exxon Mobil Corporation's Memorandum of Law in Support of Its Motion to Stay Proceedings Pending Action by Judicial Panel on Multidistrict Litigation# 2 Exhibit Koch Exhibit 1# 3 Exhibit Koch Exhibit 2)(Gendron, Andrew) (Entered: 01/10/2005) |
| 01/27/2005 | | 50 | RESPONSE in Opposition re 49 MOTION to Stay *Proceedings Pending Action by Judicial Panel on Multidistrict Litigation --Stay Opposition--* filed by Hope Koch, Frank Koch. Replies due by 2/10/2005. (Perkins, Marshall) (Entered: 01/27/2005) |
| 01/27/2005 | | 51 | RESPONSE in Opposition re 49 MOTION to Stay *Proceedings Pending Action by Judicial Panel on Multidistrict Litigation --Appendix of Unreported Cases (Stay Opposition)--* filed by Hope Koch, Frank Koch. Replies due by 2/10/2005. (Perkins, Marshall) (Entered: 01/27/2005) |
| 02/11/2005 | | 52 | REPLY to Response to Motion re 49 MOTION to Stay *Proceedings Pending Action by Judicial Panel on Multidistrict Litigation* filed by Exxonmobil Oil Corporation. (Gendron, Andrew) (Entered: 02/11/2005) |
| 02/25/2005 | | 53 | NOTICE by Exxonmobil Oil Corporation *Conditional Transfer Order Issued by Judicial Panel for Multidistrict Litigation* (Attachments: # 1 Exhibit)(Gendron, Andrew) (Entered: 02/25/2005) |
| 03/10/2005 | | 54 | Substantive legal issues - addressing (Perkins, Marshall) (Entered: 03/10/2005) |
| 03/29/2005 | | 55 | MEMORANDUM AND ORDER. Signed by Judge Marvin J. Garbis on 3/29/05. (jnl, Deputy Clerk) (Entered: 03/29/2005) |
| 03/29/2005 | | 56 | ORDER STAYING and ADMINISTRATIVELY closing case pending related proceedings. Signed by Judge Marvin J. Garbis on 3/29/05. (jnl, Deputy Clerk) (Entered: 03/29/2005) |
| 03/29/2005 | | | ***Civil Case Terminated. (jnl, Deputy Clerk) (Entered: 03/29/2005) |

| 06/24/2005 | ● | 57 | CERTIFIED TRANSFER ORDER from MDL Panel transferring this case to the Southern District of New York (jnl, Deputy Clerk) (Entered: 06/24/2005) |
| --- | --- | --- | --- |
| 06/24/2005 | ● | 58 | Correspondence from Clerk the USDC Southern District of New York re: transferring case. (Certified copy of docket sheet cc/mail) (jnl, Deputy Clerk) (Entered: 06/24/2005) |

I hereby attest and certify on ___6-24-05___
that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody
FELICIA C. CANNON
CLERK, U. S. DISTRICT COURT
DISTRICT OF MARYLAND

By _____ Deputy